1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9  ZAO LIN LIU,                                    )
10                                                 )   CIVIL NO. 2:14-cv-01389-RSM
                      Plaintiff,                   )
11                                                 )   ORDER FOR ATTORNEY'S FEES
    vs.                                            )   PURSUANT TO 42 U.S.C. § 406(b)
12                                                 )
    NANCY BERRYHILL,                               )
13  Acting Commissioner of Social Security,        )
                                                   )
14                                          Defe)
15  ndant.

16      THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion

17  For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions

18  of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore,

19  it is hereby

20      ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of

21  $6,595.73 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,675.48 that previously

22  were awarded, leaving a net fee of $1,920.25. When issuing the 42 U.S.C. § 406(b) check for

23

24

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com

payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $1920.25, minus any applicable processing fees as allowed by statute

DATED this 14 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Elie Halpern
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 2

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com